Case 4:20-mj-00052   Document 1   Filed on 01/13/20 in TXSD   Page 1 of 4

JAN-20-2004  12:02    P.02

United States Courts
Southern District of Texas
FILED
January 13, 2020

David J. Bradley, Clerk of Court

# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
### WESTERN DIVISION

4:20-mj-0052



| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> (1) MAURICE L. SNEED, <br> a/k/a "Sneedy" <br><br> ▮▮▮▮▮▮▮▮▮▮ <br><br> (2) OSCAR C. ROBERSON, <br><br> ▮▮▮▮▮▮▮▮▮▮ <br><br> ▮▮▮▮▮▮▮▮▮▮ <br><br> Defendants. | Case No. 20-00007-01/03-CR-W-GAF <br><br> **COUNT ONE:** ALL DEFENDANTS <br> *Illegal Drug Distribution Conspiracy* <br><br> 21 U.S.C. §§ 841(a)(1), (b)(1)(C), and 846 <br> NMT: 20 Years' Imprisonment <br> NMT: $1,000,000 Fine <br> NLT: 3 Years' Supervised Release <br> Class C felony <br><br> and <br><br> 21 U.S.C. §§ 841(a)(1), (b)(1)(D), and 846 <br> NMT: 5 Years' Imprisonment <br> NMT: $250,000 Fine <br> NLT: 2 Years' Supervised Release <br> Class D Felony <br><br> ALLEGATION OF CRIMINAL FORFEITURE <br> 21 U.S.C. § 853 <br><br> $100 Mandatory Special Assessment |

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE

Between on or about August 20, 2018, up to and including January 7, 2020, in the Western District of Missouri and elsewhere, the defendants, MAURICE L. SNEED, a/k/a "Sneedy," OSCAR C. ROBERSON, ▮▮▮▮▮▮▮▮▮▮ together with co-conspirators both known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate and agree together and with each other to violate the controlled substance laws of the United States.

It was a part and an objective of the conspiracy that the defendants and their co-conspirators would and did distribute and possess and attempt to possess with intent to distribute some amount

of a mixture or substance containing a detectable amount of cocaine, some amount of a mixture or substance containing a detectable amount of cocaine base, phencyclidine (PCP), and oxycodone, schedule II controlled substances, and heroin, a schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

It further was a part and an objective of the conspiracy that the defendants and their co-conspirators would and did distribute and possess and attempt to possess with intent to distribute a quantity of a mixture and substance containing a detectable amount of marijuana, a schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(D).

All in violation of Title 21, United States Code, Section 846.

## FORFEITURE ALLEGATION

The allegations contained in Count One of this Indictment are re-alleged and incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture pursuant to the provisions of Title 21, United States Code, Section 853.

As a result of committing the controlled substance offense alleged in Count One of this Indictment, MAURICE L. SNEED, a/k/a "Sneedy," OSCAR C. ROBERSON, ▮▮▮▮▮▮▮▮ shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, all property, real and personal, constituting or derived from any proceeds said defendant obtained directly and indirectly as a result of the violation of Title 21, United States Code, Section 846, as charged in Count One of this Indictment, and all property used, or intended to be used, in any manner or part, to commit, and to facilitate the commission of the said violation, including but not limited to: a money judgment representing the amount of all proceeds obtained directly and indirectly as a result of his participation in the controlled substance offense alleged in in Count One of this Indictment.

2

## Substitute Assets

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

1. cannot be located upon the exercise of due diligence;
2. has been transferred or sold to, or deposited with, a third party;
3. has been placed beyond the jurisdiction of the court;
4. has been substantially diminished in value; or
5. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

All in accordance with Title 21, United States Code, Section 853 and Rule 32.2(a) Federal Rules of Criminal Procedure.

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

Adam Caine
Ashleigh Ragner
Assistant United States Attorneys

Dated: January 7, 2020
Kansas City, Missouri

FID 11054841

AO 442 (Rev 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### Western District of Missouri

United States of America
v.
(2) OSCAR C. ROBERSON

Defendant

Case No. 20-00007-02-CRW-GAF

4:20-mj-0052

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* OSCAR C. ROBERSON
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
COUNT ONE: Illegal Drug Distribution Conspiracy - 21 U.S.C. §§ 841(a)(1), (b)(1)(C), (b)(1)(D) and 846.

Date: 01/07/2020

_____
*Issuing officer's signature*

City and state: Kansas City, MO

Honorable John T. Maughmer, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*